# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2009

139326

LOIS SCOTT,
      Plaintiff,
and

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Intervening Plaintiff-Appellant,

v

NORTHWEST AIRLINES, INC., and LIBERTY
MUTUAL INSURANCE COMPANY,
      Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139326
COA: 290990
WCAC: 07-000258

On order of the Court, the application for leave to appeal the June 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2009

_____
Clerk

1112